# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 20-1390 ODW (MRW) | Date | July 17, 2020 |
| Title | Zerisenay v. United States | | |

| | |
|---|---|
| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
| Veronica Piper | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Petitioner: | Attorneys for Respondent: |
| n/a | n/a |

**Proceedings:**     ORDER TO SHOW CAUSE RE: DISMISSAL

      1.    Petitioner Zerisenay is an inmate at the federal prison in Victorville. He filed a "motion to dismiss immigration detainer" in this district court. (Docket # 1.) The "motion" consists of a lengthy explanation of his family history, and his apparent claim to U.S. citizenship.

      2.    Petitioner is ordered to show cause why the cursory motion should not be dismissed. The document is facially incomplete and fails to state a cognizable basis for federal civil court jurisdiction. Petitioner failed to commence this action with any recognizable pleading (complaint, habeas petition, etc.). Further, the document itself identifies no legitimate statutory basis for this Court to review or act upon an immigration detainer.

      3.    Further problems with Petitioner's filing. He failed to pay any filing fee to the district court. He also failed to file an appropriate request for <u>in forma pauperis</u> status to waive those fees. And, the face of the document suggests that Mr. Zerisenay may not even have filed his request in the proper or intended venue. The motion asserts that it was to be filed in "Immigration Court" – that's an entirely separate entity than the federal district court to which he sent his request.

      4.    Petitioner's defective submission is subject to immediate dismissal. 28 U.S.C. § 1915(e). However, in the interests of justice, Petitioner will be given an opportunity to explain the basis of his filing and to address the obvious problems with it as described above. Petitioner's response to this order (not to exceed five pages) will be due by August 21.

      5.    **<u>Alternatively</u>**, Petitioner may file a statement voluntarily dismissing the action without further consequence or cost.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | ED CV 20-1390 ODW (MRW) | Date | July 17, 2020 |
|---|---|---|---|
| Title | Zerisenay v. United States | | |

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).** <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).