UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-1390 ODW (MRW) | Date | September 15, 2020 |
|---|---|---|---|
| Title | Zerisenay v. United States | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. The government filed a notice indicating that federal immigration authorities "cancelled the immigration detainer" for Petitioner. (Docket # 9-1 at 2.) Although Petitioner remains in federal prison serving a sentence from his previous criminal conviction, the government informs the Court that "there are no outstanding immigration detainers related to" Petitioner and that his removal from the United States "is not imminent." (Id.) From this, the government suggests that Petitioner's current habeas action is moot. (Docket # 9 at 1.)

2. That sounds right. Therefore, Petitioner is ORDERED to show cause why this action should not be dismissed as moot – because Petitioner got the relief he requested. If Petitioner disagrees, his response to this order will be due by October 12.

3. **Alternatively**, Petitioner may voluntarily dismiss the action without further consequence.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Applied Underwriters, Inc. v. Lichtenegger**, 913 F.3d 884 (9th Cir. 2019).