# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GEBREGIORGIS ZERISENAY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. ED CV 20-1390 ODW (MRW)

JUDGMENT

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that judgment be entered dismissing this action without prejudice.

DATE: December 9, 2020

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE